Exhibit C

**Infringement of Claim 1 of U.S. Patent Number 6,407,698 by Walmart Inc. and Walmart.com**

| CLAIM LANGUAGE | Infringing Application |
|---|---|
| 1. A method for facilitating returning to a parked vehicle location using a single global positioning system, comprising: | The Roav SmartCharge Car Kit F3 ("Roav Device") works with the Roav car-finding app ("Roav App") to save the user's parking location and find the user's car with the Map or Compass.<br><br>Anker Roav SmartCharge F3, Wireless in-Car FM Transmitter Radio Adapter, Bluetooth 4.2 Receiver, Dedicated ROAV App, Quick Charge 3.0, AUX Output, USB Drive, microSD Card Slot<br><br>Anker    Model: AK-R5132011<br>★ ☆☆☆☆  1 reviews<br><br>$42.32<br>Out of stock<br><br>Add-on services (0 Selected) Select<br><br>Available Options: Walmart Protection Plan.<br><br>https://www.walmart.com/ip/Wireless-3-0-Bluetooth-Drive-FM-Transmitter-microSD-Dedicated-SmartCharge-ROAV-App-in-Car-F3-Receiver-Adapter-Quick-Output-AUX-USB-Charge-Radio-Anker/211315850 |

Exhibit C



Exhibit C

| | |
|---|---|
| sensing an occurrence that indicates that a vehicle has gone to a parked state, and upon said sensing a signaller wirelessly sending an activation signal, said occurrence selected from the group consisting of turning a vehicle interior light on or off, turning an engine on or off, opening or closing a door, and shifting a gear shift to the park position from another position, and; | • Never Forget Where You Parked: The Roav Charger app records your car's location by setting a pin in the map the instant Bluetooth connection is lost. What's in the Box: Roav SmartCharge F3, Owner's Manual, Happy Card<br><br>https://www.target.com/p/anker-roav-smartcharge-f3-gooseneck-bluetooth-wireless-fm-transmitter-car-kit-black/-/A-54383061<br><br>  <br><br>How the Find My Car feature works<br><br>1. After you have paired F2 with the Roav Charger app, when you stop your engine, the Roav Charger app will lock onto your F2's GPS location automatically.<br>2. When you can't remember where you parked, use this app to find your way back to your car.<br>3. Walk in the direction the arrow points.<br>4. When you are close to your car, the Roav Charger app will display "Nearby".<br><br>If you have any questions regarding the Roav app, please contact us at support@goroav.com. |

Exhibit C

❸ Download the Roav Charger app from the  App Store
(smartphones running iOS 10.2 or higher) or Google Play
(smartphones running Android 5.0 or higher).



❹ Enable Bluetooth on your smartphone and search for
available Bluetooth devices.

❺ Select  "**Roav F3_XXXX**"and connect.

➢ Once successfully connected, ✦ will stop flashing.





Exhibit C

Exhibit C

| | |
|---|---|
| responsive to receiving the wireless activation signal at a portable locator device, obtaining first position information for the portable locator device at the time of receipt of the wireless activation signal by accessing a global positioning system from the portable locator, | <br><br>Upon receiving the activation signal, the Roav app then obtains the GPS location of the mobile device. |

Exhibit C

| storing the first position information for the portable locator device for later use in a memory onboard the portable locator device, and | <br><br>The location of the mobile device at the time of receiving the activation signal is stored by the Roav app. |
|---|---|

Exhibit C

| | |
|---|---|
| upon the portable locator device receiving a user request for locating the vehicle, | < Search     OPEN<br><br>How the Find My Car feature works<br><br>1. After you have paired F2 with the Roav Charger app, when you stop your engine, the Roav Charger app will lock onto your F2's GPS location automatically.<br>2. When you can't remember where you parked, use this app to find your way back to your car.<br>3. Walk in the direction the arrow points.<br>4. When you are close to your car, the Roav Charger app will display "Nearby".<br><br>If you have any questions regarding the Roav app, please contact us at support@goroav.com. |
| | The mobile phone receives a user request to locate the vehicle when the Roav app is opened and the compass is shown or the map is clicked. |

Exhibit C

| obtaining second position information for the portable locator, | ‹ Search   OPEN

How the Find My Car feature works

1. After you have paired F2 with the Roav Charger app, when you stop your engine, the Roav Charger app will lock onto your F2's GPS location automatically.
2. When you can't remember where you parked, use this app to find your way back to your car.
3. Walk in the direction the arrow points.
4. When you are close to your car, the Roav Charger app will display "Nearby".

If you have any questions regarding the Roav app, please contact us at support@goroav.com.

The position of the mobile phone is obtained via GPS when the Roav app is opened and the compass is shown. |

Exhibit C

| obtaining the bearing information of the portable locator, |  |
| --- | --- |
| | In the compass mode, the location of the mobile device with respect to the location of the mobile device when the car engine was turned off is determined. The compass shows an arrow indicating the direction of the parked car relative to where the user is currently standing. |

Exhibit C

| comparing the second position information and bearing with the stored first position information, |  |
| --- | --- |
| | In order to indicate the direction of the parked vehicle, the location of the mobile device must be compared to the location of the parked vehicle. |

Exhibit C

| | |
|---|---|
| and determining bearing and distance to the first position location with respect to the second position location. | <br><br>The Roav app indicates the distance to the parked car. The bearing is shown by the compass. |